ALLEN BLACK v. STATE.

No. A-317.    Opinion Filed February 6, 1911.

Appeal from Beaver County Court; J. W. Culwell, Judge.

The appellant was convicted of selling intoxicating liquor in the county court of Beaver county, and appeals.    Affirmed.

A. S. Dickson and F. S. Macy, for appellant.

PER CURIAM.    The record in this case discloses no material error prejudical to the rights of the plaintiff in error, and the judgment of the court is affirmed upon authority of Rea v. State, 3 Okla. Cr. 281, and authorities there cited.

RALPH BROWN v. STATE.

No. A-272.    Opinion Filed February 6, 1911.

Appeal from Payne County Court; P. D. Mitchell, Judge.

Ralph Brown was convicted in the county court of Payne county, on a charge of unlawfully conveying intoxicating liquor, and appeals. Affirmed.

Freeman E. Miller, for appellant.

PER CURIAM.    Upon a careful examination of the record in this case we are satisfied that the judgment should be affirmed and it is so ordered.

MORT DOTY v. STATE.

No. A-403.    Opinion Filed February 6, 1911.

Appeal from Custer County Court; R. P. Phillips, Special Judge.

Plaintiff in error was convicted in the county court of Custer county, for violation of the liquor law, and appeals.    Affirmed.

J. W. Lawter, for plaintiff in error.

PER CURIAM.    Having carefully examined the record in the above cause, and finding no errors therein prejudicial to the rights of the plaintiff in error, the judgment of the lower court is affirmed.